**Electronically Filed
Supreme Court
SCWC-22-0000532
17-NOV-2025
02:18 PM
Dkt. 19 ODAC**

SCWC-22-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

WILMINGTON SAVINGS FUND SOCIETY, FSB, as Owner Trustee of the
Residential Credit Opportunities Trust VI-A,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM HALEMANO FREDERICK,
Petitioner/Defendant-Appellant,

and

UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA;
FEDERAL HOME LOAN MORTGAGE CORPORATION,
Respondents/Defendants-Appellees.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000532; CASE. NO. 1CC171001439)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner William Helemano Frederick's Application for
Writ of Certiorari, filed on September 26, 2025, is hereby
rejected.

DATED: Honolulu, Hawaiʻi, November 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo

